# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE PHILLIPS, | ) NO. ED CV 08-0107 ODW (FMO) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| DEBRA HERNDON, Warden, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 26, 2009.

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE